

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/1/2023 |

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**STEPHEN KITZINGER**
Phone: (212) 356-2087
SKitzing@law.nyc.gov

January 31, 2023

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Karim v. City of New York, et al.*
Case No. 22 CV 10660 (AT)

Dear Judge Torres:

I am the Assistant Corporation Counsel assigned to represent defendants the City of New York, Bill de Blasio, and the New York City Health & Hospitals Corporation (the "Served Defendants"), in the above-referenced proceeding brought pursuant to 42 U.S.C. § 1983 concerning the conditions in which plaintiffs' decedent was detained. I write on behalf of all appearing parties to respectfully request that this case be stayed pending plaintiffs' expected appointment as Co-Administrators of Isa-Abdul Karim's estate. Until Ms. Karim and Mr. Ardrey, decedent's siblings, are appointed by the Surrogate's Court, they lack standing to pursue and resolve this matter on behalf of Mr. Karim's estate. Rather than burden the Court with unnecessary motion practice, the parties respectfully request that this case be stayed pending their appointment. Pursuant to this Court's Order dated December 20, 2022 (Dkt. No. 9), the parties have been directed to submit a joint letter and proposed Case Management Plan and Scheduling Order by February 15, 2023. In addition, the Served Defendants' response to the Complaint is due today. Those are the only presently scheduled matters in this case.

GRANTED. The parties shall file a joint status letter within one week of the appointment. The action is STAYED until further order of the Court.

Dated: February 1, 2023
        New York, New York

**ANALISA TORRES**
**United States District Judge**