```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/04/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DHUHA ABDUL KARIM AND TRISTAN ARDREY, Individually and as prospective Administrators of the Estate of the Decedent, ISA-ABDUL KARIM,

                Plaintiffs,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; DR. "WU"; NURSE DE LA CRUZ, R.N; CORRECTION OFFICER "POTTER"; JOHN DOE CORRECTION OFFICIALS SUPERVISING HOUSING ASSIGNMENTS; JOHN DOE CORRECTION OFFICIALS SUPERVISING INTAKE; JOHN DOE CORRECTION OFFICIALS SUPERVISING MEDICAL TRANSPORT; JOHN DOE CORRECTION OFFICERS #1-10; JOHN DOE HEALTH CARE SUPERVISORS ##1- 5; JOHN DOE MEDICAL STAFF ON RIKERS ISLAND ##1-10,

                Defendants.

22 Civ. 10660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 1, 2023, the Court stayed this action pending Plaintiffs' expected appointment as co-administrators of Isa Abdul Karim's estate. ECF No. 20. The Court ordered the parties to "file a joint status letter within one week of the appointment." *Id.* On November 30, 2023, Plaintiffs filed a status update indicating that they expected Plaintiffs to be appointed as co-administrators in early 2024.

    By **April 5, 2024**, Plaintiffs shall file a status update regarding their anticipated appointment as co-administrators of Isa Abdul Karim's estate.

    SO ORDERED.

Dated: March 4, 2024
       New York, New York

                                                    ANALISA TORRES
                                                    United States District Judge