UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DHUHA ABDUL KARIM AND TRISTAN ARDREY, Individually and as Co-Administrators of the Estate of the Decedent, ISA-ABDUL KARIM,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; DR. "WU"; NURSE DE LA CRUZ, R.N; CORRECTION OFFICER "POTTER"; JOHN DOE CORRECTION OFFICIALS SUPERVISING HOUSING ASSIGNMENTS; JOHN DOE CORRECTION OFFICIALS SUPERVISING INTAKE; JOHN DOE CORRECTION OFFICIALS SUPERVISING MEDICAL TRANSPORT; JOHN DOE CORRECTION OFFICERS #1-10; JOHN DOE HEALTH CARE SUPERVISORS ##1- 5; JOHN DOE MEDICAL STAFF ON RIKERS ISLAND ##1-10,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024
```

22 Civ. 10660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 21, 2024, the Court lifted the stay in this action and permitted Plaintiffs to amend their complaint. ECF No. 29; *see also* ECF No. 30. By **November 1, 2024**, the parties shall file a joint letter and proposed case management plan. *See* ECF No. 9.

    SO ORDERED.

Dated: October 1, 2024
       New York, New York

                                                      ANALISA TORRES
                                            United States District Judge