```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2025_
```

DHUHA ABDUL KARIM AND TRISTAN ARDREY, Individually and as Co-Administrators of the Estate of the Decedent, ISA-ABDUL KARIM,

          Plaintiffs,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; DR. "WU"; NURSE DE LA CRUZ, R.N; CORRECTION OFFICER "POTTER"; JOHN DOE CORRECTION OFFICIALS SUPERVISING HOUSING ASSIGNMENTS; JOHN DOE CORRECTION OFFICIALS SUPERVISING INTAKE; JOHN DOE CORRECTION OFFICIALS SUPERVISING MEDICAL TRANSPORT; JOHN DOE CORRECTION OFFICERS #1-10; JOHN DOE HEALTH CARE SUPERVISORS ##1- 5; JOHN DOE MEDICAL STAFF ON RIKERS ISLAND ##1-10,

          Defendants.

22 Civ. 10660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 4, 2024, the Court endorsed a case management plan and scheduling order that instructed the parties, by January 10, 2025, to submit a joint status letter apprising the Court as to the status of settlement negotiations and informing the Court whether referral to mediation or a settlement conference would be appropriate. ECF No. 34 ¶ 14. That submission is now overdue. Accordingly, by **January 21, 2025**, the parties shall submit their joint status update.

    SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge