USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DHUHA ABDUL KARIM AND TRISTAN ARDREY,
Individually and as Co-Administrators of the Estate of the
Decedent, ISA-ABDUL KARIM

                                        Plaintiffs,

        -against-

CITY OF NEW YORK, et al.,

                                        Defendants.

------------------------------------------------------------------------X

**ORDER TO
PRODUCE FOR
VIRTUAL (VIDEO)
EXAMINATION
BEFORE TRIAL**

22-CV-10660 (AT)

     **IT IS HEREBY ORDERED THAT:** the Warden, or any other person to whom this may

concern, of New York State Department of Corrections and Community Supervision – Mid-State

Correctional Facility, make inmate David Aleer (DIN: 21A1952) available for a virtual (video)

conference) examination before trial on December 15, 2025, from 11:00 a.m. to 3:00 p.m.

Dated:  New York, New York
       November  26  , 2025

SO ORDERED:

_____
HON. ANALISA TORRES
United States District Judge