USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___11/26/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DHUHA ABDUL KARIM AND TRISTAN ARDREY,
Individually and as Co-Administrators of the Estate of the
Decedent, ISA-ABDUL KARIM

                          Plaintiffs,

     -against-

CITY OF NEW YORK, et al.,

                          Defendants.

--------------------------------------------------------------------------------X

**ORDER TO PRODUCE FOR VIRTUAL (VIDEO) EXAMINATION BEFORE TRIAL**

22-CV-10660 (AT)

**IT IS HEREBY ORDERED THAT:** the Warden, or any other person to whom this may concern, of New York State Department of Corrections and Community Supervision - Marcy Correctional Facility, make inmate Charles Destefano (DIN: 22R0499) available for a virtual (video conference) examination before trial on December 2, 2025, from 10:00 a.m. to 2:00 p.m.

Dated: New York, New York
       November __26__, 2025

SO ORDERED:

_____
HON. ANALISA TORRES
United States District Judge